371 A.2d 1302

Commonwealth v. Wright, Appellant.

Argued November 11, 1976. Carl M. Moses, for appellant; David B. Douds, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.